FILED by YH D.C.

Jan 22, 2021

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**21-20055-CR-SCOLA/GOODMAN**
CASE NO._____

18 U.S.C. § 1711

UNITED STATES OF AMERICA

vs.

ARIEL CLARK,

      Defendant.
_____/

## INFORMATION

The United States Attorney charges that:

On or about October 23, 2020, in Miami-Dade County, in the Southern District of Florida, the defendant,

**ARIEL CLARK,**

being a United States Postal Service employee, did knowingly and intentionally convert to her own use monies and property in an amount less than $1,000.00, that is approximately $900.00, which came into her hands and under her control in the execution and under color of her employment, in violation of Title 18, United States Code, Section 1711.

_____
ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

_____
HAYDEN P. O'BYRNE
ASSISTANT UNITED STATES ATTORNEY

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

UNITED STATES OF AMERICA

CASE NO. _____

v.

ARIEL CLARK

## CERTIFICATE OF TRIAL ATTORNEY*

_____Defendant._____/

**Superseding Case Information:**

**Court Division:** (Select One)
- ✓ Miami ___ Key West
- ___ FTL ___ WPB ___ FTP

New defendant(s) Yes ___ No ___
Number of new defendants ___
Total number of counts ___

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No) No
   List language and/or dialect _____

4. This case will take __0__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)
   - I   0 to 5 days     ✓
   - II  6 to 10 days    ___
   - III 11 to 20 days   ___
   - IV  21 to 60 days   ___
   - V   61 days and over ___

   (Check only one)
   - Petty   ___
   - Minor   ___
   - Misdem. ✓
   - Felony  ___

6. Has this case previously been filed in this District Court? (Yes or No) No
   If yes: Judge _____ Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter? (Yes or No) No
   If yes: Magistrate Case No. _____
   Related miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the District of _____

   Is this a potential death penalty case? (Yes or No) No

7. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia O. Valle)? Yes ___ No ✓

8. Does this case originate from a matter pending in the Northern Region U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)? Yes ___ No ✓

_____
Hayden P. O'Byrne
Assistant United States Attorney
Florida Bar 60024

*Penalty Sheet(s) attached

REV 8/13/2018

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** ARIEL CLARK

**Case No:**

**Count #:** 1

Embezzlement of Postal Funds

18 U.S.C. § 1711

**\* Max. Penalty:**   1 year imprisonment

\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.